

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00385-CV

**IN THE INTEREST OF R.A.F.**, a Child

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2009JUV00795A
Honorable Laura Parker, Judge Presiding

Opinion by:    Sandee Bryan Marion, Justice

Sitting:       Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed:  March 6, 2013

AFFIRMED

Appellant R.A.F. appeals the juvenile court's order transferring him from the Texas Juvenile Justice Department (formerly the Texas Youth Commission) to the Texas Department of Criminal Justice-Institutional Division to complete his sentence.  *See* TEX. FAM. CODE ANN. §§ 51.04(a), 54.11 (West 2008 & Supp. 2012).

R.A.F.'s court-appointed appellate counsel filed a motion to withdraw and an appellant's brief in which she asserts there are no meritorious issues to raise on appeal and this appeal is frivolous.  Counsel's brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re D.A.S.*, 973 S.W.2d 296, 299 (Tex. 1998) (orig. proceeding) (applying *Anders* procedure to juvenile proceedings); *see also In re A.L.H.*, 974 S.W.2d 359, 360–61 (Tex. App.—San Antonio 1998, no pet.) (*Ander*s procedures apply to juvenile appeals).  Counsel represents

that she has provided the juvenile and his parent with copies of the brief and motion to withdraw, and has informed them of the juvenile's right to review the record and file his own appellant's brief. *See In re A.L.H.*, 974 S.W.2d at 361; *Nichols v. State*, 954 S.W.2d 83, 85–86 (Tex. App.—San Antonio 1997, no pet.). No pro se brief was filed.

After reviewing the record and counsel's brief, we conclude there is no reversible error and agree with counsel that the appeal is wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). Accordingly, we affirm the trial court's judgment. The motion to withdraw filed by R.A.F.'s counsel is granted.

Sandee Bryan Marion, Justice